It is so ordered.
 /s/ John R. Adams
United States District Judge
9/12/05

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### (EASTERN DIVISION)

| | | |
|---|---|---|
| KHALED ABDELAZIZ HASAN HAMAD, | ) | CASE NO. 5:05CV2071 |
| | ) | |
| Plaintiff, | ) | JUDGE ADAMS |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE LIMBERT |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | **NOTICE OF VOLUNTARY** |
| Department of Homeland Security; Robert | ) | **DISMISSAL WITH PREJUDICE** |
| Divine, Director, U.S. Citizenship and | ) | |
| Immigration Services; Mark Hansen, District | ) | |
| Director, USCIS, Cleveland District, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES the Plaintiff, KHALED ABDELAZIZ HASAN HAMAD, by and through

counsel, YORMICK & Associates Co., L.P.A., and pursuant to Civ. R. 41(a), hereby gives notice

that this case is resolved and, therefore, is being voluntarily dismissed, with prejudice, at

Defendants' costs.

Respectfully submitted,

YORMICK & Associates Co., L.P.A.

_____

KIM K. ALABASI (0077287)
JON P. YORMICK (0047362)
Key Tower - 52nd Floor
127 Public Square
Cleveland, OH  44114
T:  216.928.3474
F:  216.566.0857

Attorneys for Plaintiff
Khaled Abdelaziz Hasan Hamad

**CERTIFICATE OF SERVICE**